IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| Debtor. | ) | **CASE NO. 13-49125** |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on January 22, 2014, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH AND PENELOPE N. BACH will be heard before the Honorable A. Benjamin Goldgar, Bankruptcy Judge at 219 S. Dearborn, Room 642, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| **Debtor.** | ) | **CASE NO. 13-49125** |

## MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH AND PENELOPE N. BACH

NOW COMES the debtor, RICKY L. BOONE, by and through his attorneys Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach of Sulaiman Law Group, Ltd. and moves this Honorable Court for authority to retain counsel, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on December 29, 2013.

2. Applicant requires the assistance of counsel to represent the debtor in matters concerning negotiation with creditors, preparation of a plan and disclosures statement, examining and resolving claims filed against the estate, preparation and prosecution of adversary matters, and otherwise to represent Debtor in matters before this Court. The debtor is not experienced in Chapter 11 matters and requires the expertise of counsel.

3. It is in the best interest of this estate and its economical administration Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach of Sulaiman Law Group, Ltd.be authorized to act as attorneys for the Debtor.

4. Each of the attorneys and firms listed above are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in

this area and each has a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under the bankruptcy Code.

5. The normal billing rate for attorney Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach at Sulaiman Law Group, Ltd. for this matter is $425.00 per hour. The initial retainer and the court costs for this case were in the amount of $10,000.00 including the filing fee of $1,213.00. $2,762.50 was paid for pre-petition work performed leaving a retainer of $7,237.50.

6. It is contemplated that each of the attorneys on behalf of Sulaiman Law Group, Ltd will seek compensation based upon normal and usual billing rates. It is further contemplated that said law firms will seek interim compensation as permitted by 11 USC 331.

WHEREFORE the debtor, RICKY L. BOONE prays that Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach of Sulaiman Law Group, Ltd. be authorized to act as attorneys for the Debtor with compensation effective December 29, 2013 for such legal services to be paid as an administrative expense in such amounts

as the Court may hereafter determine and allow and for any further relief that this court deems just.

                                        Respectively Submitted,

                                        RICKY L. BOONE

                                        By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com