IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| **Debtor.** | ) | **CASE NO. 13-49125** |

I, Ahmad T. Sulaiman, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. I previously represented the Debtor in Bankruptcy Case 13-00875 which was filed as a Chapter 11 case and later converted to a Chapter 7 where the Debtor received a Discharge. My initial retainer and the court costs for this case were in the amount of $10,000.00 including the filing fee of $1,213.00. $2,762.50 was paid for pre-petition work performed leaving a retainer of $7,237.50.

5. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

6. I have had contacts with attorneys for certain creditors in other cases as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of January, 2014.

_____
Ahmad T. Sulaiman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| **Debtor.** | ) | **CASE NO. 13-49125** |

I, Mohammed Badwan, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I previously represented the Debtor in Bankruptcy Case 13-00875 which was filed as a Chapter 11 case and later converted to a Chapter 7 where the Debtor received a Discharge. I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of January, 2014.

_____
Mohammed Badwan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| **Debtor.** | ) | **CASE NO. 13-49125** |

I, Paul M. Bach, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I previously represented the Debtor in Bankruptcy Case 13-00875 which was filed as a Chapter 11 case and later converted to a Chapter 7 where the Debtor received a Discharge. I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of January, 2014.

_____
Paul M. Bach

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **RICKY L. BOONE** | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| | ) | |
| Debtor. | ) | **CASE NO. 13-49125** |

I, Penelope N. Bach, declare:

1. I am Of Counsel of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I previously represented the Debtor in Bankruptcy Case 13-00875 which was filed as a Chapter 11 case and later converted to a Chapter 7 where the Debtor received a Discharge. I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of January, 2014.

_____
Penelope N. Bach