Sulaiman Law Group Ltd.
Paul M. Bach & Penelope N. Bach
900 Jorie Boulevard Suite 150
Oak Brook, IL  60523

DATE RECEIVED: Jan 03 2014           TIME RECEIVED: 11:52AM           TOTAL SERVED: 38

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE: Ricky L. Boone

CASE NO: 13-49125

**CERTIFICATE OF SERVICE**

Chapter:
ECF Docket Reference No.
Judge: A. Benjamin Goldgar
Hearing Location: 219 S. Dearborn Room 642 Chicago IL 60604
Hearing Date: 1/13/2014 & 1/22/2014
Hearing Time: 9:30 a.m.
Response Date:

---

On 1/3/2014, a copy of the following documents, described below,

Motion to Set Bar Date,
Motion to Employ Attorneys Ahmad T. Sulaiman Mohammed Badwan Paul M. Bach and Penelope N. Bach

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sulaiman Law Group Ltd.
Paul M. Bach & Penelope N. Bach
900 Jorie Boulevard Suite 150
Oak Brook, IL  60523

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0752-1<br>CASE 13-49125<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO<br>FRI JAN 3 14-11-13 CST 2014 | ~~U.S. BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | BOONE ENTERPRISES INC.<br>9726 SOUTH LONGWOOD<br>CHICAGO IL 60643-1610 |
| BUILDERS DEVELOPMENT & ASSOC LLC<br>CO ANTHONY ROWE MANAGER<br>11416 S. PRARIE 2ND FLOOR<br>CHICAGO IL 60628-5047 | CITY OF CHICAGO<br>333 S. STATE STREET SUITE 330<br>CHICAGO IL 60604-3965 | CHASE MORTGAGE COMPANY<br>P.O. BOX 24714<br>COLUMBUS OH 43224-0714 |
| CITY OF CHICAGO<br>121 NORTH LASALLE STREET ROOM 107<br>CHICAGO IL 60602-1232 | CITY OF CHICAGO<br>CO MARA GEORGE<br>121 N. STATE ST ROOM 600<br>CHICAGO IL 60602 | CITY OF CHICAGO<br>THE DEPARTMENT OF WATER MANAGEMENT<br>P.O. BOX 6330<br>CHICAGO IL 60680-6330 |
| CODILIS & ASSOCIATES P.C.<br>15W030 NORTH FRONTAGE ROAD<br>SUITE 100<br>WILLOWBROOK IL 60527-6921 | CONTRACT CALLERS INC.<br>1058 CLAUSSEN RD SUITE 110<br>AUGUSTA GA 30907-0301 | COOK COUNTY CLERK<br>69 W. WASHINGTON SUITE 500<br>CHICAGO IL 60602-3030 |
| COOK COUNTY STATES ATTORNEY<br>50 WEST WASHINGTON STREET<br>CHICAGO IL 60602-1379 | COOK COUNTY TREASURER<br>118 N. CLARK<br>CHICAGO IL 60602-1590 | DAVE ENGLISH<br>2005 MARKET STREET FLOOR 15<br>PHILADELPHIA PA 19103-7009 |
| FOUNDERS BANK<br>17865 80TH AVENUE<br>TINLEY PARK IL 60477-5023 | HOME SAVINGS OF AMERICA FSB<br>4900 RIVERGRADE ROAD<br>BALDWIN PARK CA 91706-1401 | ILLINOIS ATTORNEY GENERAL<br>100 W. RANDOLPH STREET<br>CHICAGO IL 60601-3271 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT<br>33 S STATE ST<br>10TH FLOOR<br>CHICAGO IL 60603-2808 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 64338<br>CHICAGO IL 60664-0338 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP MORGAN CHASE BANK NA<br>MAIL CODE IL-0169<br>131 S. DEARBORN ST FLOOR 5<br>CHICAGO IL 60603-5571 | JP MORGAN CHASE BANK NA<br>P.O. BOX 44118<br>JACKSONVILLE FL 32231-4118 |
| JPMORGAN CHASE & CO.<br>CO CT CORPORATION SYSTEM<br>208 S. LASALLE STREET SUITE 814<br>CHICAGO IL 60604-1101 | JPMORGAN CHASE*<br>270 PARK AVENUE<br>NEW YORK NY 10017-2014 | JONATHAN R. KOYN ESQ<br>7220 W. 194TH STREET SUITE 108<br>TINLEY PARK IL 60487-9228 |

| | | |
|---|---|---|
| LEAF FINANCIAL CORPORATION<br>2005 MARKET STREET 14TH<br>PHILADELPHIA PA 19103-7009 | LEAF FUNDING INC.<br>CO ILLINOIS CORPORAITON SERVICE<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD IL 62703-4261 | MURRAY JENSON & WILSON<br>101 NORTH WACKER DRIVE<br>CHICAGO IL 60606-1714 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>219 S. DEARBORN ROOM 873<br>CHICAGO IL 60604-2027 | PEOPLES GAS<br>CO BANKRUPTCY DEPARTMENT<br>130 E. RANDOLPH DR<br>CHICAGO IL 60601-6302 | ROCK ELM LLC<br>120 NORTH LASALLE STREET 29TH FLOOR<br>CHICAGO IL 60602-2937 |
| ROCK ELM LLC<br>CO RA STEPHEN N. SHER<br>5750 OLD ORCHARD RD STE 420<br>SKOKIE IL 60077-1061 | SALTA GROUP INC.<br>CO RA DOUGLAS G. DANIELSON<br>2093 RAND ROAD<br>DES PLAINES IL 60016-4727 | STACY BOONE<br>17905 JOHN AVENUE<br>COUNTRY CLUB HILLS IL 60478-5015 |
| THE PRIVATEBANK AND TRUST COMPANY<br>120 S. LASALLE STREET<br>CHICAGO IL 60603-3412 | PATRICK S LAYNG<br>OFFICE OF THE U.S. TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 | PAUL M BACH<br>SULAIMAN LAW GROUP LTD.<br>900 JORIE BOULEVARD<br>SUITE 150<br>OAK BROOK IL 60523-3810 |
| RICKY L. BOONE<br>9726 S. LONGWOOD DRIVE<br>CHICAGO IL 60643-1610 | | |