UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>RICKY L. BOONE<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-49125<br><br>Chapter:  11<br>Honorable A. Benjamin Goldgar |

## ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS

THIS CAUSE coming on to be heard, on the application of RICKY L. BOONE, Debtor and Debtor in Possession, to employ attorneys, due notice having been given and the Court being advised in the premises;

IT IS THEREFORE SO ORDERED that the Debtors are authorized to employ Ahmad T. Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach, as their attorneys in this case effective December 29, 2013, with compensation for said attorneys to be determined by the Court upon further application.

Enter:

Dated: 22 JAN 2014

United States Bankruptcy Judge

**Prepared by:**
Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com

Rev: 20120501_bko